DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

—————————————————

MELYZA C. ANDERSON,

Appellant,

v.

LELAND A. ANDERSON,

Appellee.

No. 2D2025-1881

—————————————————

June 17, 2026

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Hillsborough County; Robert A. Bauman, Judge.

Melyza C. Anderson, pro se.

K. Dean Kantaras of K. Dean Kantaras, P.A., Palm Harbor, for Appellee.

PER CURIAM.

    Affirmed.

MORRIS, SMITH, and LABRIT, JJ., Concur.

—————————————————

Opinion subject to revision prior to official publication.